■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON WALKER, Appellant. [45 NYS3d 80]—

Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered April 30, 2014, which adjudicated defendant a level three sexually violent predicate offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant is subject to the presumptive override for a prior felony sex crime conviction, which results in a level three adjudication independent of any point assessments (*see People v Howard*, 27 NY3d 337, 342 [2016]). In any event, we find that the court correctly assessed 15 points under the risk factor for failure to accept responsibility, based on defendant's refusal to participate in sex offender treatment.

The court providently exercised its discretion in declining to grant a downward departure (*see People v Gillotti*, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or were outweighed by the egregiousness of the underlying offense and defendant's extensive criminal record. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels, Webber and Gesmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOSES THOMAS, Appellant. [44 NYS3d 739]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (William McGuire, J., at plea; Robert Torres, J., at sentencing), rendered November 6, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels, Webber and Gesmer, JJ.